United States District Court
Southern District of Texas
**ENTERED**
March 06, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-5574 |
| | § | |
| JERRY LAVON CARLEY | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Magistrate Judge Ho's Memorandum and Recommendation (Doc. No. 12) that the Court remand this case to the state court. Defendant has filed objections (Doc. No. 17) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusion that this Court lacks subject matter jurisdiction and this case should be remanded to the state court. Accordingly, it is hereby

**ORDERED** that Plaintiff Objections (Doc. No. 17) are **OVERRULED** and the Memorandum and Recommendation (Doc. No. 12) is **ADOPTED**. It is further

**ORDERED** that this case is **REMANDED** TO THE 486TH Judicial DISTRICT Court of Harris County, Texas. .

Entry of this Order shall constitute entry of final judgment.

SIGNED on this _____6th_____ day of March 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE