United States District Court
Southern District of Texas
**ENTERED**
September 25, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-5574 |
| | § | |
| JERRY LAVON CARLEY | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

Pending before the Court in the above referenced proceeding are a motion to vacateorder at docket entry 27, three motions for leave to pursue an appeal *in forma pauperis* (Doc. Nos. 29, 30, 31); and Magistrate Judge Ho's Memorandum and Recommendation (Doc. No. 32) that the Court deny these motions. No objections have been filed to the Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that there is no basis to reconsider the final order and that Defendant is not entitled to proceed *in forma pauperis*. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 32) is **ADOPTED**. It is further

**ORDERED** that the motions for leave to pursue an appeal *in forma pauperis* (Doc. Nos. 29, 30, 31) are **DENIED**.

SIGNED on this 25th day of September 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE